**Melvin Herman PHILLIPS, Appellant, v. UNITED STATES of America.**

No. 14328.

United States Court of Appeals
Eighth Circuit.
March 12, 1951.

Melvin Herman Phillips, pro se.

PER CURIAM.

Motion of Appellant for leave to perfect appeal in forma pauperis from Order of the District Court denied and appeal dismissed.

**L. D. ROACH, as Administrator of the Estate of Arno Liebscher, Deceased, Appellant, v. MATANUSKA VALLEY FARMER'S COOPERATING ASSOCIATION, a Corporation, Appellee.**

No. 12589.

United States Court of Appeals
Ninth Circuit.
April 16, 1951.

Rehearing Denied May 21, 1951.

Bailey E. Bell, Anchorage, Alaska, for appellant.

Davis & Renfrew, Anchorage, Alaska, for appellee.

Before HEALY and ORR, Circuit Judges, and LEMMON, District Judge.

PER CURIAM.

The judgment in this case is affirmed for the reasons given in the opinion of District Judge Dimond, reported in 87 F.Supp. 641, 12 Alaska 512.

**Daniel L. ROBERSON, Appellant, v. W. H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 13511.

United States Court of Appeals
Fifth Circuit.
April 23, 1951.

No appearance entered on behalf of appellant.

Harvey H. Tisinger, Asst. U. S. Atty., J. Ellis Mundy, U. S. Atty., Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge, and HOLMES and BORAH, Circuit Judges.

PER CURIAM.

It appearing that, pending this appeal from a judgment denying his petition for habeas corpus, appellant has been released and that the questions the appeal raises have become moot, the judgment appealed from is reversed with directions to dismiss the petition as moot.